PROB 12C
(6/16)

Report Date: June 1, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Joseph Nichols                Case Number: 0980 2:14CR00065-WFN-1

Address of Offender: ▬▬▬▬▬▬▬▬▬ Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 26, 2014

Original Offense:     Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)©

Original Sentence:    Prison - 78 months              Type of Supervision: Supervised Release
                      TSR - 60 months

Asst. U.S. Attorney:  U.S. Attorney's Office          Date Supervision Commenced: October 29, 2019

Defense Attorney:     Federal Defender's Office       Date Supervision Expires: October 28, 2024

### PETITIONING THE COURT

To issue a summons.

On October 31, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Nichols, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On February 25, 2022, this officer received notification that William Nichols allegedly violated special condition number 15 by consuming heroin and/or fentanyl on March 19, April 19, June 30, October 20, and November 30, 2021, as well as, on January 4 and February 1, 2022. |
| | On February 22, 2022, the offender successfully completed substance abuse treatment with Pioneer Human Services (PHS). |
| | On February 23, 2022, Mr. Nichols reported to the U.S. Probation Office to meet with this officer. During that meeting, the undersigned and Mr. Nichols discussed his successful |

Prob12C
**Re: Nichols, William Joseph**
**June 1, 2022**
**Page 2**

completion of treatment and the offender claimed that his grandchildren had been his motivation to remain sober. Mr. Nichols became emotional and informed the undersigned that he was proud of himself. Because he would no longer be engaged in services with PHS, the undersigned informed the offender that this officer would be contacting the Spokane Regional Health District (SRHD) to request regular updates about his ongoing methadone program. After our meeting on that date, the offender was subject to random urinalysis testing and provided a urine sample that was negative for illicit substances.

On February 24, 2022, this officer was able to speak with the offender's counselor at SRHD. The counselor informed the undersigned that Mr. Nichols had tested positive for heroin and/or fentanyl eight times since his engagement in their methadone program; the last four urine samples, which are collected by SRHD on a monthly basis, had all been positive for controlled substances.

It should be noted, Mr. Nichols was subject to random and phase urinalysis testing during that time period, but his counselor suggested that if a urine sample is only being tested for opiates and not opioids (which are synthetic opiates, to include fentanyl), an offender may be able to avoid detection.

2    **Special Condition #15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On April 18, 2022, William Nichols allegedly violated special condition number 15 by consuming fentanyl and norfentanyl.

On April 18, 2022, the offender was subject to phase urinalysis testing at PHS when his assigned color was identified for testing. Given Mr. Nichols' history of fentanyl use, his urine sample was sent to the laboratory for testing.

On April 27, 2022, this officer received confirmation from the laboratory that the urine sample provided by the offender on April 18, 2022, was positive for both fentanyl and norfentanyl.

3    **Special Condition #15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On May 26, 2022, William Nichols allegedly violated special condition number 15 by consuming heroin and fentanyl.

On May 26, 2022, the offender was instructed to report to the U.S. Probation Office. When he reported, Mr. Nichols was subject to random urinalysis testing and provided a urine sample that tested presumptive positive for fentanyl.

When confronted about the presumptive positive test results, the offender adamantly denied the use of any illicit substances and he signed a denial of use form. Mr. Nichols became emotional and insisted that he was not lying, so the undersigned informed him that the sample would be forwarded to the laboratory for confirmation.

Prob12C
**Re: Nichols, William Joseph**
**June 1, 2022**
**Page 3**

The next day, on May 27, 2022, Mr. Nichols sent this officer a text message admitting to the use of heroin and claiming the fentanyl was in the heroin.

On June 1, 2022, this officer received laboratory confirmation that the urine sample provided by the offender on May 26, 2022, tested positive for fentanyl and norfentanyl.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/01/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

6/2/2022
Date