PROB 12C
(6/16)

Report Date: October 13, 2023

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Joseph Nichols    Case Number: 0980 2:14CR00065-WFN-1

Address of Offender: [redacted] Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 26, 2014

Original Offense: Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence: Prison - 78 months; TSR - 60 months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: Richard Barker    Date Supervision Commenced: October 29, 2019

Defense Attorney: Molly Winston    Date Supervision Expires: October 28, 2024

---

### PETITIONING THE COURT

To issue a summons.

On October 31, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Nichols, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about July 30, 2023, William Nichols allegedly violated special condition number 15 by consuming heroin and fentanyl.

On August 2, 2023, this officer made contact with the offender at his residence to conduct an unscheduled home visit. At the conclusion of the visit, Mr. Nichols was asked if he would test positive if subject to random urinalysis testing, and he responded "no". The offender readily admitted to the use of "brown" (heroin) approximately 2 days prior, which he believed "may have had fentanyl." The offender was subsequently instructed to report to the U.S. Probation Office (USPO).

Shortly thereafter, on August 2, 2023, Mr. Nichols reported to the USPO as instructed. He signed an admission of use form admitting to the use of heroin and fentanyl on or about July 20, 2023.

2 **Special Condition #15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about September 5, 2023, William Nichols allegedly violated special condition number 15 by consuming fentanyl.

On September 5, 2023, Mr. Nichols reported to the USPO for random urinalysis testing as instructed by the assigned probation officer. The offender provided a urine sample that was presumptive positive for fentanyl, but he adamantly denied any illicit drug use. As such, the urine sample was forwarded to the laboratory for confirmation testing.

On September 13, 2023, this officer received laboratory confirmation that the urine sample provided by the offender on September 5, 2023, was in fact positive for fentanyl and norfentanyl. When confronted with the laboratory results, the offender reiterated his denial of use; he did although suggest that he may have tested positive because he was present when others were consuming fentanyl. The undersigned expressed concerns about him being around others actively using drugs, as well as the validity of the story.

On October 13, 2023, after further probing by this officer, Mr. Nichols finally admitted to the use of fentanyl during the time of his urinalysis sample, on September 5, 2023; he could not although recall specific dates.

3 **Special Condition #15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about September 14, 2023, William Nichols allegedly violated special condition number 15 by consuming fentanyl.

On September 14, 2023, the individual under supervision was subject to random urinalysis testing at the probation office. On that date, Mr. Nichols tested presumptive positive for fentanyl, but he adamantly denied any illicit drug use. As such, the urine sample was forwarded to the laboratory for confirmation testing.

On September 25, 2023, laboratory confirmation was received indicating that the urine sample collected from the offender on September 14, 2023, was in fact positive for norfentanyl.

On October 13, 2023, after further probing by this officer, Mr. Nichols finally admitted to the use of fentanyl in the time period leading up to his random urinalysis testing, on September 14, 2023; he could not although recall specific dates.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/13/2023

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/13/2023
Date